Jasmine Moore

9225 Altamont Ave

Jacksonville, Fl 32209

Telephone 912-464-4237

Email:

Pro se defendant

Jasmine Moore

[FILED stamp: 2022 OCT 21 PM 3:18 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA]

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| THOMAS HILL | CASE No.: 3:22-CV-1138-BJD-MCR |
| Plaintiff, | |
| v. | NOTICE OF REMOVAL OF ACTION |
| JASMINE MOORE | PURSUANT TO 28 U.S.C. 1441 (B) |
| Defendant, | (FEDERAL QUESTION) |
| | 28 U.S.C. 1331 (FEDERAL QUESTION) |
| | LOWER COURT CASE(S) 2022V 404; |
| | 2022CV 000387; SUCV 2022 000417 |

**PLEASE TAKE NOTICE THAT** Defendant **Jasmine Moore,** herein known as, (Defendants), hereby Removes to this Court the STATE COURT ACTION described below.

1. On or about May,19th 2022 an action was commenced in the Superior Court of Camden County (Georgia) Circuit Civil Division entitled PETITION FOR TEMPORARY PROTECTIVE ORDER Case No 2022V 404 hereinafter known as "Protective Case"
2. On or about May 10th 2022 an action was commenced in the Superior Court of Camden County (Georgia) entitled CHANGE OF CUSTODY AND VISITATION hereinafter known as "Custody Case"
3. On or about May 24th 2022 an action was commenced in the Superior Court of Camden County (Georgia) Circuit Civil Division entitled CIVIL CONTEMPT hereinafter known as "Contempt Case"

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. 1441 (B)  (FEDERAL QUESTION) 28 U.S.C. 1331 (FEDERAL QUESTION) LOWER COURT CASE NO.: 2022V 404; 2022CV 000387; SUCV 2022 000417      PAGE 1 OF

4. The first date defendant **JASMINE MOORE** had contact with the Superior Court of Camden County (Georgia) was May 19th 2022 when Defendant requested a protective injunction. On June 2nd 2022 the protective order was dismissed without the defendant being able to call up her minor child to testify. Georgia has a process by which a minor child may testify in court as to abuse to their persons. Then followed a host of other due process violations upon Defendant and her minor child.

5. This action is a Civil Action of which this court ha original Jurisdiction under 28 U.S.C. 1331 and is one which may be removed to this court by defendant pursuant to the provisions of 28 U.S.C. 1441 (B), in that the complaint alleges claims arising under: (1) The Due Process clauses of the United States Constitution require judges follow procedures to protect vulnerable minors from abuse, especially sexual. 2) The Judge did not recuse themselves from the case when there was a strong likelihood he was biased.

**DATED OCTOBER 21st 2022**

## Certificate of Service

A true and correct copy has been forwarded to the following:

Attorney for Thomas Hill:

Mark B McManus, Sr.

501 Gloucester Street Ste 118

Brunswick, GA  31520

Tel. 912 289-9449

mark@segalaw.com

and

Presiding Judge:
Superior Court of Camden County State of Georgia
**Judge O. Brent Green**

210 E 4th St,

Woodbine, GA 31569

I certify that a copy of the foregoing documents have been served on the above listed persons on October 21, 2022.

cc:  Jasmine Moore

   Michael Moore

   Jennifer Moore

*Jasmine Moore*

Respectfully submitted

Jasmine Moore, Pro Se

9225 Altamont Avenue

Jacksonville, Florida 32209